UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA        :
                                :
            - v. -              :    [PROPOSED] ORDER
                                :
GREI MENDEZ,                    :    23 Cr. 504 (JSR)
                                :
            Defendant.          :
------------------------------------- x

Upon the application of defendant Grei Mendez, by her attorneys, Jennifer Brown and Clay Kaminsky of the Federal Defenders of New York, and mindful of the Court's responsibility to protect the fundamental right to a fair trial by impartial jurors from comments that are likely to influence the outcome of the trial or prejudice the jury venire, *see Gentile v. State Bar of Nevada*, 501 U.S. 1030, 1075 (1991), the Court, on consent of all defendants, orders as follows, pursuant to Local Criminal Rule 23.1(h):

The parties in this case and their counsel and other personnel, including government agents and state police officers, working in any way on the federal investigation of this case, shall not hereinafter make any out-of-court statements about the investigation or prosecution of this matter to the media in any form beyond the following subject matters, enumerated in Rule 23.1(e), which presumptively do not involve a substantial likelihood that their public dissemination will interfere with a fair trial or otherwise prejudice the due administration of justice:

(1) An announcement, at the time of arrest, of the fact and circumstances of arrest (including time and place of arrest, resistance, pursuit and use of weapons), the identity of the investigating and arresting officer or agency and the length of investigation;

(2) An announcement, at the time of seizure, stating whether any items of physical evidence were seized and, if so, a description of the items seized (but not

including any confession, admission or statement);

(3) The nature, substance or text of the charge, including a brief description of the offense charged;

(4) Quoting or referring without comment to public records of the Court in the case;

(5) An announcement of the scheduling or result of any stage in the judicial process, or an announcement that a matter is no longer under investigation;

(6) A request for assistance in obtaining evidence; and

(7) An announcement, without further comment, that the accused denies the charges, and a brief description of the nature of the defense.

Dated: New York, New York
October 12, 2023

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE