UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GREI MENDEZ,

Defendant.

23-cr-504 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

On May 22, 2024, the Court held a hearing to determine whether counsel for defendant Grei Mendez had a conflict of interest that required the appointment of new counsel. Upon hearing the nature of the conflict, the Court determined that new counsel needed to be appointed for Ms. Mendez. The Court accordingly relieved the Federal Defenders as counsel for Ms. Mendez and appointed that day's CJA counsel, David Bertan, Esq. to represent Ms. Mendez moving forward. As a result of the change of counsel, the Court severed Ms. Mendez from the jury trial of her co-defendant set to proceed on June 10, 2024, and a new trial will be calendared in her case. To this end, Mr. Bertan was directed to call Chambers, jointly with the Government, as soon as he is reasonably up-to-speed on the case, so that a new trial date for Ms. Mendez can be set. Accordingly, pursuant to Section 3161 of Title 18, the Court will exclude from calculation under the Speed Trial Act all time

between now and when counsel calls the Court to set a new trial date for Ms. Mendez, finding that such time is necessary for new counsel to review discovery and adequately prepare for trial and that for those and other reasons, the best interests of justice in excluding such time substantially outweighs the interests of the public and the defendant in a speedy trial.

    SO ORDERED.

Dated:   New York, NY

          May 23, 2024                       JED S. RAKOFF, U.S.D.J.