5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :         **ORDER**
                                    :
        Grei Mendez                 :
                                    :         23cr504(JSR)
                                    :         _____
                                    :         Docket #
------------------------------------x

Hon. Jed S. Rakoff, _____, DISTRICT JUDGE:
     Judge's Name

The C.J.A. attorneys assigned to this case
Clay Kamisky / Jen Brown          are hereby ordered substituted
     Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  David K. Bertan  , NUNC-PRO-TUNC  5/22/24  .
                          Attorney's Name

                            SO ORDERED.

                            _____
                            UNITED STATES DISTRICT JUDGE

Dated:   New York, New York    5/23/2024