UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        -against-

GREI MENDEZ,
                             **Defendant.**
------------------------------------------------------------X

**ORDER**

**23-CR-504 (JSR)**

Upon the written application of David K. Bertan, Esq., dated September 3, 2024, and with the consent of Grei Mendez, as represented by Mr. Bertan, it is hereby

ORDERED, that Mr. Bertan is granted leave to delegate substantive tasks in connection with his representation of Ms. Mendez in the above-captioned case to Jose Nieves, Esq., pursuant to Rule VIII (A) of the Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act (2005) and the Criminal Justice Act Mentoring Program of the Southern District of New York, *nunc pro tunc* to the date of Mr. Nieves' first involvement with this matter on July 20, 2024.

As per the Criminal Justice Act Mentoring Program, Mr. Nieves may bill his time on the case at a rate of $65 per hour, after completing 15 hours of *pro bono* work on the case.

DATED:     New York, New York
              September 4, 2024

                               So Ordered:

                               Hon. Jed S. Rakoff
                               United States District Judge