UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
UNITED STATES OF AMERICA                      :
                                              :
        -against-                             :           ORDER
      Grei Mendez                             :
                                              :       23cr504-02 (JSR)
                                              :       _____
                                              :          Docket #
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


Hon. Jed S. Rakoff_____, DISTRICT JUDGE:

        Judge's Name

The C.J.A. attorney assigned to this case as co-counsel

Jose Nieves_____  is hereby ordered substituted


and the representation of the defendant in the above captioned

matter is assigned to  Jill Shellow_____,* NUNC-PRO-TUNC _____
* as co-counsel__            Attorney's Name


                        SO ORDERED.


                        _____
                        UNITED STATES DISTRICT JUDGE



Dated:   New York, New York
         10-9-24