UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

      -against-                                          23 Cr. 504 (JSR)

GREI MENDEZ,                                        **ORDER**

        Defendant.
------------------------------------------------------X

Upon the application of defendant Grei Mendez, by her attorneys, David K. Bertan, Esq., and Jill R. Shellow, Esq., and with the consent of the Government, the schedule for disclosure by the Probation Department of the Presentence Report is hereby modified as follows:

The first draft of the Presentence Report, previously due December 23, 2024, is now due **January 24, 2025**;

Objections to the first draft of the Presentence Report, previously due January 6, 2025, are now due **February 7, 2025**; and

The final Presentence Report, previously due January 20, 2025 is now due **February 21, 2025**.

This Court is scheduled to sentence Ms. Mendez on March 3, 2025, and no change in the sentencing date is necessitated by the amendment of the schedule for disclosure of the Presentence Report.

Dated:     New York, New York
              December 26, 2024

                                                      _____
                                                        HONORABLE JED S. RAKOFF
                                                        UNITED STATES DISTRICT JUDGE